# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| KEVIN TIMOTHY MASTERSON, <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, <br><br> Defendant. | CAUSE NO.: 3:23-CV-478-TLS-MGG |

## ORDER

This matter is before the Court on the Defendant's Unopposed Motion to Remand for Further Administrative Proceedings [ECF No. 16]. The parties agree that the decision of the Commissioner should be reversed and the case should be remanded to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Finding the motion well taken, the Court hereby GRANTS the Defendant's Unopposed Motion to Remand for Further Administrative Proceedings [ECF No. 16], REVERSES the decision of the Commissioner, and REMANDS this matter under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. On remand, the matter will be assigned to an administrative law judge ("ALJ") who will offer the Plaintiff the opportunity for a hearing and issue a new decision; also, the ALJ will evaluate the record medical opinions, evaluate the Plaintiff's residual functional capacity with citation to the medical evidence that supports each limitation assessed and with consideration for all his impairments, and obtain additional vocational evidence as warranted.

SO ORDERED on December 1 , 2023.

s/ Theresa L. Springmann  
JUDGE THERESA L. SPRINGMANN  
UNITED STATES DISTRICT COURT